MARIA LISBOANO v.
UFHEIL CONSTRUCTION COMPANY, INC.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH N. OLESEN.

February 11, 1974. Petition for certification denied.

CLIFFORD M. HATELEY v. IDA M. WILKES.

February 11, 1974. Petition for certification denied.

CHRISTINA deZEEUW v.
RENE SOTO AND TRAVELERS INDEMNITY COMPANY.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WILLIAM WOOTEN.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH D. GREEN.

February 11, 1974. Petition for certification denied.